Linda Ziskin
ziskinlaw@comcast.net
PO Box 2237
Lake Oswego, OR 97035
(503) 889-0472

Drew L. Johnson, P.C.
rwood@callatg.com
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

FILED'10 JUN 15 08:40USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RICARDO JAY MENDES,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 3:09-CV-6108-BR

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $5856.16 for full settlement of all claims for fees under EAJA.

IT IS SO ORDERED this day of June 14, 2010

                                         *[signature]*
                                      U.S. District Judge

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA